Judge Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR15-0264RAJ |
| Plaintiff, | |
| v. | FINAL ORDER OF FORFEITURE |
| RICHARD FRANCISCO FENELEY, | |
| Defendant. | |

THIS MATTER comes before the Court on motion of the United States for entry of a Final Order of Forfeiture with respect to the following asset:

$12,300.00, in U.S. Currency, more or less, seized from Richard Francisco Feneley.

On October 23, 2015, the Court entered a Preliminary Order of Forfeiture in the above-captioned case forfeiting defendant Richard Francisco Feneley's interest in the above-described property pursuant to Title 21, United States Code, Section 853, for violations of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and 846, Conspiracy to Possess MDMA with Intent to Distribute, as charged in Count 1 of the Information.

Pursuant to Title 21, United States Code, Section 853(n), the United States published notice of the forfeiture pursuant to the Preliminary Order of Forfeiture on an

FINAL ORDER OF FORFEITURE - 1
*U.S. v. Richard Francisco Feneley,* (Case No. CR15-0264RAJ)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

official internet government forfeiture website, www.forfeiture.gov, starting on October 26, 2015, and running consecutively for thirty days until its conclusion on November 24, 2015. In the publication, the United States published notice of the Preliminary Order of Forfeiture and the intent of the United States to dispose of the property in accordance with law. These notices further stated that any person other than the defendant having or claiming an interest in the property was required to file a petition with the Court within sixty (60) days of the first date of publication of the notice, setting forth the nature of the petitioner's right, title, and interest in the property.

All persons and entities believed to have an interest in the property subject to forfeiture were given proper notice of the intended forfeiture.

No petitioners or claimants, have come forth to assert an interest in the forfeited property, and the time for doing so has expired.

Accordingly, IT IS ORDERED, ADJUDGED and DECREED that the following property is hereby fully and finally condemned and forfeited to the United States in its entirety:

> $12,300.00, in U.S. Currency, more or less, seized from Richard Francisco Feneley.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that no right, title, or interest in the above-described property shall exist in any other party.

//
//
//
//
//
//
//
//
//

FINAL ORDER OF FORFEITURE - 2
*U.S. v. Richard Francisco Feneley,* (Case No. CR15-0264RAJ)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  The United States Department of Homeland Security, and/or its agents and
2  representatives, is authorized to dispose of the above-listed property in accordance with
3  the law.
4  The Clerk of the Court is directed to send a copy of this Final Order of Forfeiture
5  to all counsel of record.
6  DATED this 4th day of April. 2016.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

FINAL ORDER OF FORFEITURE - 3
*U.S. v. Richard Francisco Feneley,* (Case No. CR15-0264RAJ)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970